

County of Cook
Illinois

AFFIDAVIT
RECEIVED
DEC 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date Dec-9-2024

1:24-cv-12940
Judge Jeremy C. Daniel
Magistrate Judge Gabriel A. Fuentes
PC 6
DIRECT / CAT.3

I <u>Cuauhtemo'c. Hernandez</u> swear under penalties of perdury that the following statements are true and correct. To the best of my knowledge and belief Sgt Amesquita #851846 use excessive force which resulted in me being assaulted, by him and following C/Os B. Jefferson #16515, E. Taylor #4856399, N. Vale. Assault turned into a Battery. When i was kicked above eye suffering a laceration and slip disk in neck. I was also handcuffed Frontwords MAZed. I cant feel my hands specially left hand after incident. This all occurred because i wanted a Electronic Monitoring slip. Since i arrived i never got one. Because inmates deck workers confidental informants are always. In other inmates business cater to C/Os to get extra priveleges. I was upset told deck workers and inmates that i wasnt locking up untill i got EM slip. They became hostile attempting to Beat me up. I was on top deck by my self. I spilled milk on stairs, advised not to approach me. Inmate then went and told staff. Its when sgt. Amesquita ran up stairs, asked me to cuff up. I asked why never posed a threat backed up. I believe his actions were excessive if i spilled milk write a IDR. I also kept telling i have a frozen shoulder cant be handcuffed behind my back. Was still mistreated handcuffed infront backwards hand inwards.

pg 1 of 5

I believe i died in holding DIV-9. When i woke up had no pants on. Slumped on side of steel toilet. I pulled myself up with my hands off steel sink/toilet. Ran water on my eyes to get relief from MAZE. Then i heard C/O state this Motherficker is back.. I requested brown napkins to dap MAZE of EYES. AND that i be uncuffed. So i could put my pants on. Both request were denied. I manage to put pants on by bars. C/O's then kicked clean DOC pants and shirt and asked me to change uncuffed me. I was taken to Mental Health evaluation then transported to Stroger Hospital. Were i was treated for Laceration above right eye and slip disk in my neck. This wasn't only enough for Sgt Amesquita then under his watch. I was wrote up for assault Battery to Staff, Attempt Battery, Uniform violation, Disorderly Conduct, Disobeying or Resisting orders, Count violation. I also got wrote up in Stroger Hospital because i was given a neckbrace. That did not fit could not breathe. I was dehydrated asked for water. I was given water with alot of ICE. During this time i was four pointed with handcuffs to bed. When shift change came i was left alone. I kept calling nurse and C/O's. No one came i made my way to front of bed.

pg 2 of 5

I Kept calling for C/os and Nurses. Requesting water and that my eyes be rinsed. Because i was mazed. Sgt Hession #3261, C/O C. Williams #16775 asked how i got to front of Hospital bed. to get back up were i was. I again just simply requested water and that maze be rinsed. out my eyes. pleaded that not treat me like a Animal. That they stop four pointing me with handcuffs. After all was done i remained four pointed for 3-4 day's i was there. only time restraints were removed was to Use Restroom. I also was wrote up for allegedly Kicking Sgt Hession in midsection and C. Williams #16775 in shoulder. All while being four pointed. I have ~~attached~~ 4 copies of Grievances. That corroborate my allegations and is why im requesting. Relief from this court. I ask this court and Judge Presiding to consider my allegations. Enter what ever order Judge See's fit.

Subscribed and sworn
this day _____
before me
See pg 4
Notary

Cuauhtemoc Hernandez
AFFIANT

Pg 3 of 4

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109 I declare, under the penalty of perjury, that i am a nome party in above action, that i have read the above documents and that information contained therein is true and correct to the best of my Knowledge

Date Dec-19-2024

/S/ Cuauhtemoc Hernand

Affiant Cuauhtemoc . Hernandez

2854 S. Harding Ave

Chicago Illinois 60623

Pg 4 of 4

## PROOF OF SERVICE

I, Cuauhtemoc Hernandez, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Cook County Correctional Center, Chicago Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this 9th day of December, 2024

_____
Signature

## VERIFICATION

I, Cuauhtemoc Hernandez, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____
(Your signature)

Form revised 11/1/01



Cuahutemoc Hernandez  20241027065
Cook County D.O.C
2700 South California Ave
Chicago, Illinois 60608.

(LEGAL MAIL)



12/17/2024-24

SCREENED
DEC 17 2024
US MARSHALS

RECEIVED
DEC 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Department of Justice 5th floor or 20th floor
Everett Mc.Kinley
Dirksen Building
219 South Dearborn
Chicago, Illinois 60604.

